AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| PAUL JOSEPH AMATO | ) | 6:18-mj-1419 |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 27 - April 2, 2018_____ in the county of _____Brevard_____ in the

_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor |

This criminal complaint is based on these facts:

See the attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Spadafora, Task Force Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __6/20/2018__

_____
*Judge's signature*

City and state: _____Orlando, FL_____   Karla R. Spaulding, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA

COUNTY OF ORANGE

CASE NO. 6:18-mj- 1419

## AFFIDAVIT

I, Michael Spadafora, Task Force Agent, Department Homeland

Security Investigations (HSI), after being duly sworn, depose and state the

following:

## INTRODUCTION

1.      I am an agent in the Sexual Offender Registration and Tracking

Unit of the Brevard County Sheriff's Office.  I am currently assigned to the

Special Victims Unit, where I aid in investigations involving Internet crimes

against children.  I have been a sworn law enforcement officer in the State of

Florida since April 27, 1998.

2.      In November of 2007, I was assigned as a Task Force Agent with

United States Immigration and Customs Enforcement, Homeland Security

Investigations (ICE/HSI).  In my role as a Task Force Agent, I am currently

assigned to the Office of the Resident Agent in Charge, Cocoa Beach, Florida,

which is responsible for conducting criminal investigations and enforcing laws

that are under the investigative jurisdiction of ICE in the counties of Brevard

and Volusia, Florida, in the Middle District of Florida.  I am a cross-

designated law enforcement officer of the United States within the meaning of

Section 1401(I) of Title 19, United States Code, and am empowered to investigate and make arrests for violations of U.S. criminal laws within the meaning of Section 2510(7) of Title 18, United States Code.

3. As a Task Force Agent, my responsibilities include investigating possible criminal violations of U.S. customs and related laws. I have received over 400 hours of specialized training in the investigations of sex crimes, child exploitation, child pornography, and computer crimes. I have been involved in investigations involving child pornography and online solicitation/ enticement of a minor. I have participated in investigations of persons suspected of violating federal child pornography laws, including 18 U.S.C. §§ 2252 and 2252A. I have also participated in investigations of persons suspected of violating federal laws pertaining to the enticement of minors in violation of 18 U.S.C. § 2422(b). I have participated in various training courses for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Additionally, I have been involved in authoring and participated in the execution of search warrants involving searches and seizures of computers, computer equipment, software, and electronically stored information.

2

4.    I make this affidavit based upon personal knowledge derived from my participation in this investigation, information that I have learned from discussions with other HSI special agents and law enforcement officers, and my review of evidence recovered in this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant for PAUL JOSEPH AMATO (AMATO), I have not set forth each and every fact I learned as a result of this investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described herein are set forth in substance and in part, rather than verbatim.

5.    This affidavit is submitted in support of a criminal complaint against AMATO for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that AMATO, using facilities and means of interstate commerce, that is, the Internet and a cellular phone, did knowingly attempt to persuade, induce, or entice, through an adult intermediary, an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal

3

offense under Florida law, that is, Lewd and Lascivious Battery, a violation of Fla. Stat. § 800.04(4); all in violation of 18 U.S.C. § 2422(b).

## SUMMARY OF INVESTIGATION

6.      On March 27, 2018, acting in an undercover capacity, I placed a post on a free online classified ads website.  The post was titled "Looking for others like us."  The body of the post read as follows: "Couple living a lifestyle a little different then most.  Must be non-judgmental and discreet as we are.  If interested hmu, if not good luck in your search. It seems it is getting harder to find like-minded friends."

7.      On March 28, 2018, I received an e-mail from a person called PAUL AMATO.  AMATO wrote " Lifestyle meaning SEX,Swingers(if so,I'm in???) I'm a very lonely & horney retired guy WM going to turn 64 in a few days.LOVE SEX,Very Bi-curious too.But Love Women & what they have to offer?I hope I'm not offending anyone if so,I'm SORRY.But If this is what its about Very Interested.Get back to me? Thanks Paul in Palm Bay."  In an undercover capacity, I replied "hey Paul not offended at all. I'm a single straight dad with a daughter. we live a lifestyle some call taboo but it works for us. looking for others into the true daddy daughter lifestyle. not looking for games or role play. if your still interested hit us up, if not good luck in your search."

4

8.     AMATO responded "Daddy/Daughter lifestyle,Sounds like FUN Can I join in,I can pretend to be Grand-pa Horney-Old Grandpa???? Will that work? How old is she? Let me know more? Thanks Paul in Palm Bay." I told AMATO "lol that would work, but do you have any issues with age? like i said this is true daddy daughter." AMATO responded "No not really as long as she is okay with it? Does  she dress sexy?Like her pussy played with & eaten too? I just don't want her to report us to anyone? But if you say things are Good between her & you Thats GREAT,Lets Have some FUN.Let me know more.Thanks Paul in Palm Bay."

9.     I replied and told AMATO "yeah she is 13 and I got her in my divorce when she was 11. I have full custody of her and she would never tell. yea she loves to be played with and eaten, lol what 13 yo doesn't. you have any experience with a girl her age? if you want you could tell me what you wanna do with her, she is in school but i can ask her if she's good with it maybe we can make this happen. like i said i'm straight so i would just watch if thats ok."

10.     AMATO responded "OMG YES,Have her wear a mini skirt,halter top & sit with her Legs crossed letting the skirt ride up her thighs.Have her then come over to me,& ask Grandpa if he likes what he sees.I will then sit her on my lap Telling her how much,I love her

5

legs,Touching & fondling her legs & thighs(no Panties) & then I will finger her pussy grabbing her tits & kissing her neck,ear-lobes & mouth French kissing her passinationily,Picking her up & putting down in her Bed.Making out with her undoing her clothes,Fingering her,Playing with her tits(does she have nice size tits(any pictures??),sucking on them working my way down her stomach to her clit,I'm going to start by licking her legs & thighs Then start eating her out,I want to see her squirm & moan & CUM & CUM & CUM & CUM(does she squirt by any chance??) I will also play with her asshole(so please be sure she is clean down there I hate dirty odors(if you know what I mean???).I will eat her till she begs me to FUCK Her.Then I want to spread her legs have her fuck missionary with her legs wrapped up under my shoulders..You can then direct the action if you like. I will pump slowly at 1st If she WANTs it Wild we can do that that bend her into different positions. Do I have to wear a rubber or does she like it bareback??? Does she Like to suck dick too,Maybe A facial or deep-throat unload? Let me know? Thanks Paul in Palm Bay".

11.     During the conversation AMATO told me that he was an Elvis impersonator and wanted to come to meet the fictitious child in his Elvis costume.  AMATO sent me photographs of himself dressed as Elvis. AMATO then said, "I can be Uncle ELVIS to her instead. She can undo my jump-suit & take my cock out & suck on it while I play with her tits &

pussy.Nice Shorts & little halter top Nice Legs & she has a nice set of tits( a

mouthful is good).As long as shes all for it? Does she like CUM?" AMATO

further told me he didn't not have a car, but was in the process of getting one.

     12.    On March 29, 2018, I again reminded AMATO of the fictitious

child's age and also gave AMATO an opportunity to change his mind by

saying "Sucks about the car, i showed my girl ur pics lol had to explain who

Elvis was, lol guess most 13 yo's don't know these days what a shame. but

good news is she said you seemed cool and she was good with it all so your in

if you still want. i know we live in rockledge and if thats too far we get it no

big deal if you can't make it. let us know one way or the other." AMATO

replied that he was still very interested.

     13.    On March 31, 2018, the UC received an e-mail from AMATO

indicating that AMATO had obtained a new vehicle. AMATO asked if that

day was a good time to meet. AMATO stated that he still had the flagged

Elvis suit and asked me if I thought he should wear it. I told AMATO that the

fictitious child and I were out of town until Monday. I once again reminded

AMATO of the child's age by saying "My daughter is out of school all week

so if you want how about Monday afternoon. yeah i think an Evlis suit would

be cool. My girl was askin bout you lol at 13 they ask a bunch of questions.

she was wondrin what u wanted to do with her."

14.     AMATO responded "YES, Monday afternoon sounds GREAT, What I want to do to her, Well starters make out with her, touching & felling her up & all over (have her wear a mini skirt no panties halter top (would be nice too), finger her feel her up kiss her neck, ear lobes, tits, belly till I reach her Clean pussy Then I'm going to eat her out till she begs me to fuck her. Thats what I WANT, YEs, I'll come dressed as ELVIS for her too. About what time? On Monday? Should I bring protection(rubbers), etc.??? Lube, toys, (I happen to have a Brand-NEW Glass-Dildo & I think A small vibrator around here somewhere too) you think she'd like them as a gift?"

15.     I replied and suggested a meeting in the Lowe's plaza parking lot, located at 3790 S. Fiske Blvd., Rockledge, Florida, 32955, at 1:00 p.m. I told AMATO that the fictitious child would enjoy seeing him in the Elvis outfit and also agreed that AMATO should bring protection. I once again reminded AMATO he was looking to meet a child by saying "if you want to bring her gifts like that feel free all kids like presents."

16.     AMATO then confirmed the meeting location and said "if I can find them those toys I think I may have a small fishnet outfit for her too (not sure where I put this stuff, but I will bring them with me as a gift (ELVIS always gave things when he performed lol) Let me know? thanks Paul in Palm Bay." In my undercover capacity, I replied and gave AMATO an opportunity

8

to change his mind by saying "lol didn't know that about Elvis given gifts lol. if you want hit me up Monday morning to let me know if your still interested or if you changed your mind, which is also cool. Just don't want to wait around for nothing."

17.     On April 1, 2018, AMATO sent an e-mail to the UC saying "Just to touch base found Flag Jumpsuit & it still fits but got to wear buck naked underneath, velcro holds alright on opening but belt covers up hole in suit where it tore years ago. Hope she enjoys it, she can come over & have her way with me sit on my lap where I can fondle & make out with her & she can undo belt & peel suit off me, go at it on her bed or the couch don't matter. I want to eat some pussy so bad, make sure shes clean down there too, I'm not into smells I will loose erection if nasty smell. But I want to finger her & lick her thighs, ass, Pussy lips, get in there & eat her out & make her CUM & CUM & CUM & CUM (does she squirt????) Never had a squirter thats why? Want her to beg me to FUCK her. I got my rubbers (I am thick & cut 7 inches hard, can she handle it??)."

18.     AMATO also said "PLEASE have her wear a mini skirt, no panties & a very sexy top, maybe a halter top???? I found those small trinkets & bought her some thigh-highs (I hope the right size) brand-new Glass-dildo & small battery powered vibrator." I replied "Man great to hear the suit still fits,

i sure she will enjoy it. You really found the toys awesome bro. sure she will like everything your bringing for her. Yes still good for monday, unless you change your mind." The UC gave AMATO another opportunity to change his mind in regards to the meeting by saying "Way cool Paul, Ok so if were still good hit me up tomorrow or if things change which they do, we get it also let us know."

19.    On April 2, 2018, in an undercover capacity, I received an e-mail from AMATO who said "HEY, I'm up & about, What about you?????? Got to do a few things today<BUT I will be there as 'ELVIS' at 1 pm Lowes Parking lot." I replied "Great Paul, sounds like a plan I'll be on the north side of 7-11."

20.    On April 2, 2018, at approximately 12:20 p.m., AMATO drove into the Lowe's plaza parking lot located at 3790 S. Fiske Blvd., Rockledge, Florida, 32955. A team of law enforcement officers was on scene to surveil and to execute a potential arrest, while I remained off-site in my undercover identity. AMATO pulled into a parking space located on the north side of the 7-Eleven, which is located within the Lowe's parking lot. AMATO was driving the vehicle he had previously described to me via e-mail. Once the law enforcement officers observed AMATO in the parking lot, they alerted me. In my undercover identity, I went to meet AMATO in the parking lot.

21.     At approximately 12:37 p.m., I, still using my undercover identity, made contact with AMATO and commented on the Elvis jumpsuit he was wearing.  We began to talk about AMATO's recently purchased vehicle.  After talking about the vehicle, I asked AMATO if he was ready to "pound my little baby," at which time I made a pounding sign with my hands. AMATO replied, "sure awesome man."  I then told AMATO that my daughter was at home taking a shower so there would be no odors as he requested in the chat conversation, to which AMATO replied, "that's good." I then asked AMATO if he brought the stuff (dildo and vibrator), and AMATO said "yeah it's in the car."  I asked AMATO if he planned on using the items on my daughter, and AMATO said "I just want to play with her, she can play with the toys later those are just gifts I gave her."  I then asked AMATO if he had any diseases, and AMATO said no and he was new at this. AMATO said he had "swung" before.

22.     I asked AMATO if he had ever been with a girl the age of my fictitious daughter, elaborating that I didn't want him (AMATO) freaking out because she is tiny.  AMATO said he had never been with a girl the fictitious daughter's age (13) before.  AMATO said "as long as she knows to sit on my lap and be sexy and shit like that it's great."  AMATO asked if the child was

11

going to wear something sexy for him.  At that point, law enforcement officers executed the arrest.

23.   AMATO consented to an interview following the arrest.  At the beginning of the audio recorded interview, officers provided AMATO with a Brevard County Miranda Rights advisement form.  Once the officers had completed advising AMATO of his constitutional rights, AMATO agreed to provide a statement and signed the advisement form stating this fact. AMATO stated that he had met me (in my undercover identity) less than a week prior.  AMATO said he deleted the conversation he had with me, and that I had posted an ad about a different lifestyle, which he answered. AMATO stated he talked with me "about doing something with his underaged daughter."  AMATO said the child was 13 years old and he was going to have sex with her.  AMATO then said he brought the child gifts, and that "of course I brought rubbers." AMATO described the gifts as being a "dildo, little vibrator, stockings and novelty lipstick."

24.   Officers asked AMATO if he was sorry for what he had done, which he said he was.  AMATO was asked if he wanted to write an apology letter stating this fact, and AMATO responded by writing a short apology letter.  In the letter AMATO wrote "I Paul J AMATO am truly sorry for what I did I never done anything like this before." AMATO then signed the letter

12

and said he did not know what else to say and he never done anything like this before.

## CONCLUSION

25.    I believe there is probable cause to show that that PAUL JOSEPH AMATO, using facilities and means of interstate commerce, that is, the Internet and a cellular telephone, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense under Florida law, that is, Lewd and Lascivious Battery, a violation of Fla. Stat. § 800.04(4); all in violation of 18 U.S.C. § 2422(b).

This concludes my affidavit.

Michael Spadafora, Task Force Agent
Homeland Security Investigations

Sworn to and subscribed before me
this ___ day of June, 2018.

Karla R. Spaulding
United States Magistrate Judge

13